**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 175 WAL 2019
                                          :
           Respondent            :
                                          : Petition for Allowance of Appeal from
                                          : the Order of the Superior Court
           v.                    :
                                          :
                                          :
MICHAEL J. CONIKER,            :
                                          :
           Petitioner             :

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.